**Opinion issued August 19, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00905-CV
_____

**ANTHONIA U. NWANKWO, Appellant**

**V.**

**SUNNY NWANKWO, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2002-41161**

---

### MEMORANDUM OPINION

Appellant, Anthonia U. Nwankwo, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.